# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

Jeffrey Mador,

*Plaintiff,*

v.

Armscor Precision International and
Armscor Global Defense, Inc.,

*Defendants.*

Case No. 6:24-cv-146-REW-HAI

**Declaration of Jeffrey Mador**

I, Jeffrey Mador, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, declare as follows:

1. I did not place or attempt to place the Rock Island 1911 pistol bearing the serial number RIA2249019 in the half-cock position before it discharged.

2. The Rock Island 1911 pistol bearing the serial number RIA2249019 was neither in the half-cock or in a false half-cock position before it discharged.

3. I declare that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted this 28 day of February, 2025.

_____
Jeffrey Mador