UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

JEFFREY MADOR, )
)
    Plaintiff, ) No. 6:24-cv-146-REW-HAI
)
v. )
) ORDER
ARMSCOR PRECISION )
INTERNATIONAL, *also known as* )
API, *et al.*, )
)
    Defendants. )

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Plaintiff Jeffrey Mador moved for the imposition of sanctions and an extension of the discovery deadline on the ground that Defendants Armscor Precision International and Armscor Global Defense, Inc. did not comply with the Court's Discovery Orders at DE 46 and DE 49. *See* DE 53 (Motion). The parties fully briefed the matter, *see* DE 56 (Response), DE 60 (Reply), and provided, per Judge Ingram's Order (DE 61), the full transcript of the deposition underlying the sanctions motion, *see* DE 62 (Notice of Filing). Judge Ingram recommended denial of both the motion for sanctions and the extension of the discovery deadline. *See* DE 63 (Recommended Disposition and Order) at 6-7. The Recommended Disposition permitted a 14-day objection period for both issues. *See id.* The objection window has now closed, and neither party objected.

While this Court reviews de novo those portions of a dispositive Report and Recommendation to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to "review . . . a magistrate [judge]'s factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); Fed. R. Civ. P. 72(b)(3). Generally, the failure to object forfeits any right to additional review. *See*, *e.g.*, *United*

*States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal.").

Given the lack of objection and noting the evident soundness in Judge Ingram's analysis and conclusions, the Court **ADOPTS** DE 63 and, consistent with that opinion, **DENIES** DE 53.

This the 5th day of December, 2025.

Signed By:

*Robert E. Wier*

**United States District Judge**